STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org

Counsel for Defendant
RUSZELL SULTAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 17-00256 JD |
|---|---|
| PLAINTIFF, | [PROPOSED] ORDER |
| V. | |
| RUSZELL SULTAN | |
| DEFENDANT. | |

Based on the assertions and agreement of the parties as set forth in the parties' filed Stipulation dated June 23, 2017, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 23, 2017 at 9:30 a.m., before the Honorable James Donato, for status.

The Court further finds that failing to exclude the time between the date of this filing and August 23, 2017 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between now and August 23, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

CR 17-00256 JD
Stip. to Continuance

1   Accordingly, IT IS FURTHER ORDERED that the time between today's date and August

2   23, 2017 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

3   § 3161(h)(7)(B)(iv).

5   IT IS SO ORDERED.

7   DATED: _June 27, 2017_____

APPROVED

Judge James Donato

CR 17-00256 JD
Stip. to Continuance

4